JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **NORICE PATTERSON,** | ) | NO. CV 20-04037-PA (KS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| **JOSIE GASTELO,** | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 14, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE